AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the
District of New Mexico

FILED
U.S. DISTRICT COURT NEW MEXICO
2016 DEC 19 PM 1:24
CLERK-LAS CRUCES

| United States of America | ) | |
| v. | ) | Case No: 16 mJ 4404 |
| | ) | |
| Francisco OLVERA-Holguin | ) | |
| | ) | |

_Defendant(s)_

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of <u>December 16, 2016</u> in the county of <u>Luna</u> in the <u>State</u> and District of <u>New Mexico</u>, the defendant violated <u>8</u> U.S.C. <u>§1326(a)(1),(2)(Re-Entry After Deport)</u>, an offense described as follows:

an alien, who had been previously arrested and deported from the United States and who had not received the consent of the appropriate authority of the United States to reapply for admission into the United States, was found in the United States, being willfully in the United States unlawfully

This criminal complaint is based on these facts:

On December 16, 2016 the defendant was encountered by Border Patrol Agents in Luna County, New Mexico. The defendant admitted to being a citizen of Mexico illegally in the United States. Record checks revealed that the defendant was deported from the United States on or about November 13, 2016 through El Paso, Texas. There is no evidence to indicate that the defendant has applied for permission from the appropriate authority to enter or remain in the United States.

☐ Continued on the attached sheet.

_____
_Complainant's signature_

Derek Baker, Border Patrol Agent
_____
_Printed name and title_

Sworn to before me and signed in my presence.

Date:  December 17, 2016
_____

City and state: Las Cruces, N.M.
_____

GREGORY J. FOURATT
U.S. MAGISTRATE JUDGE
_____
_Printed name and title_